﻿Citation Nr: AXXXXXXXX
Decision Date: 07/31/20 Archive Date: 07/31/20

DOCKET NO. 200327-78913
DATE: July 31, 2020

REMANDED

Entitlement to service connection for right shoulder strain, including as secondary to service-connected left shoulder disability, is remanded.

REASONS FOR REMAND

This matter comes before the Board of Veterans’ Appeals (Board) from a May 2019 decision issued by a Department of Veterans Affairs (VA) Regional Office (RO). 

In March 2020, the Veteran appealed this issue to the Board and selected the evidence-submission lane. As such, only evidence submitted to the VA within 90 days of the Veteran’s March 2020 appeal will be considered in this decision.

1. Entitlement to service connection for right shoulder strain, including as secondary to service-connected left shoulder disability

The Veteran contends that he suffers from right shoulder strain as a result of his service. In the alternative, the Veteran claims that his right shoulder strain is secondary to his service-connected left shoulder disability.

The issue of entitlement to service connection for right shoulder strain is remanded to correct a duty to assist error that occurred prior to the May 2019 rating decision. The Veteran was provided with a VA shoulder and arm conditions examination in May 2019 where the VA examiner opined that the Veteran’s right shoulder strain is less likely than not due to his service-connected left shoulder disability. However, this medical opinion does not include a discussion regarding aggravation of the Veteran’s right shoulder strain by his service-connected left shoulder disability. As such, the issue must be remanded for an addendum medical opinion that addresses aggravation.

The matters are REMANDED for the following action:

1. Obtain an addendum opinion from an appropriate clinician regarding the following:

a) Is it at least as likely as not (a 50 percent chance or greater) that the Veteran’s right shoulder strain is proximately due to his service-connected left shoulder disability?

b) Is it at least as likely as not (a 50 percent chance or greater) that the Veteran’s right shoulder strain is aggravated beyond its natural progression by the Veteran’s service-connected left shoulder disability?

Aggravation means an increase in disability – any additional impairment of earning capacity – of the nonservice-connected disability. 

If aggravation is found, the examiner must attempt to establish a baseline level of severity of the diagnosed disability prior to aggravation by the service-connected disability.

A fully articulated medical rationale for any opinion expressed must be set forth in the medical report. The examiner should discuss the particulars of this Veteran’s medical history and the relevant medical science as applicable to this case, which may reasonably explain the medical guidance in the study of this case.

 

 

M. Donohue

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board S. Morrad, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.